# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Nelson Adrian Rodriguez-Castillo (2),

        Defendant.

Case No. 23-cr-195 (MJD/DJF)

**ORDER FOR APPOINTMENT
OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that Kenneth Udoibok, Attorney ID 0262523, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: June 1, 2026

*s/ Dulce J. Foster*
Honorable Dulce J. Foster
United States Magistrate Judge